IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| RODNEY GODFREY, | ) |
| v | ) CASE No: 9:10-CV-01319-GLS |
| WARDEN SCHULT, | ) |
| Respondent. | ) |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW, the Petitioner, Rodney Godfrey, Pro Se, and files this Motion to Dismiss with Prejudice. To support said motion, the Petitioner shows the court the following:

On September 09, 2011, the Petitioner received credit for the requested time served from the sentencing court in his criminal case.

WHEREFORE, the Petitioner asks this court to dismiss said action with prejudice.

THIS 12 day of September, 2011.

Rodney Godfrey, Defendant/Petitioner
F.C.I. Ashland, #44601-019
P.O. Box 6001
Ashland, KY 41105

SO ORDERED:

U.S. District Judge
Date: September 19, 2011